AO 442 (Rev. 11/11) Arrest Warrant

FID # 9944847

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **1:15 CR 0426** |
| Ronald A. Swearns | ) | |
| | ) | JUDGE LIOI |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ronald A. Swearns

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2251(a) and (e) - Sexual Exploitation of Children; Title 18, United States Code, Sections 2 and 2252(a)(1) - Aiding and Abetting Transportation of of visual depictions of minors engaged in sexually explicit conduct; and Title 18, United States Code, Section 2252A(a)(5)(B) - Possession of and Access with intent to view child pornography.

Date: _____

*Issuing officer's signature*

City and state: Cleveland, Ohio

Gregory A. White, U.S. Magistrate Judge
*Printed name and title*

FILED 2015 NOV 19 PM 1:35 U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

---

**Return**

This warrant was received on *(date)* 11/18/15, and the person was arrested on *(date)* 11/18/15
at *(city and state)* _____

Date: 11/18/15

*Arresting officer's signature* Conyers for Homeland Security

L. Conyers / USMS
*Printed name and title*